# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK ANTHONY BOYKIN,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, and JOSEPH CHRONISTER in his personal and official capacity, and JAMES RANDOLPH SALYER,<br><br>          Defendants. | 2:09-cv-02373-RLH-GWF<br>Consolidated with:<br>2:10-cv-00737-RLH-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. On April 21, 2011, the Court granted a stay of discovery until a ruling was made on Defendants' Motion to Dismiss (#50). A revised joint scheduling order was due ten (10) days after the Court entered its order on Defendants' Motion to Dismiss. An Order granting in part and denying in part the Motion to Dismiss was entered on August 31, 2011 (#53). To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **November 8, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge