NORTH LAS VEGAS CITY ATTORNEY
Jeffrey F. Barr, NV Bar #7269
Acting City Attorney
Chris Davis, NV Bar #6616
Deputy City Attorney
2225 Civic Center Drive, #228
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879
Email: barrj@cityofnorthlasvegas.com
       davisc@cityofnorthlasvegas.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK ANTHONY BOYKIN,<br><br>　　　　Plaintiff,<br>vs.<br>CITY OF NORTH LAS VEGAS, and JOSEPH CHRONISTER in his personal and official capacity, and JAMES RANDOLPH SALYER,<br><br>　　　　Defendants. | Case No.　2:09-cv-02373-RLH-RJJ<br>Case No.　2:10-cv-00737-RLH-RJJ<br><br>(Consolidated)<br><br>**JUDGMENT** |

　　　　The above-entitled matter having come before the Court for entry of Judgment pursuant to the Stipulation and Order (the "Stipulation") by Plaintiff Mark Anthony Boykin and Defendants City of North Las Vegas, North Las Vegas Police Department, Joseph Forti, Chief Joseph Chronister and Lieutenant James Randolph Salyer, and having considered the Stipulation and all papers, pleadings and documents on file herein, and the Court being fully advised,

　　　　IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled consolidated action against Defendants is DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees incurred herein.

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 3, 2012

00022437.WPD; 1 PD-0988